UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN RIVERA VELEZ

Plaintiff(s)

v.

CIVIL NUMBER: 98-1688 (JAG)

PUERTO RICO ELECTRIC
POWER AUTHORITY, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/31/00<br>**Title:** Motion to Compel Production of Documents and for Sanctions<br>**Docket(s):** 25<br>[x] Plff(s)  [ ] Dft(s)  [ ] Other | The Court will discuss the motion to compel production of documents and for sanctions (Docket Num. 25) with the parties at the November 21, 2000 status conference.<br><br>The parties' motion for sanctions is denied |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/05/00<br>**Title:** Motion to Strike Motion to Compel Production of Documents and for Sanctions<br>**Docket(s):** 26<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **DENIED.** The Court will discuss the motion to compel production of documents and for sanctions (Docket Num. 25) with the parties at the November 21, 2000 status conference. |

Date: November 6, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge