UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN RIVERA VELEZ,
  Plaintiff,

v.                                                            CIVIL NO. 98-1688 (DRD)

PUERTO RICO ELECTRIC
POWER AUTHORITY,
  Defendant.

## ORDER

The Parties are to note a time change in their upcoming Settlement Conference. The Conference will continue to be scheduled for **Thursday, March 28, 2002**, however the new time is **10:30 AM**.

IT IS SO ORDERED.

DATE: March 8, 2002.                                    DANIEL R. DOMINGUEZ
P:\RDSC\Cases\98-1688\Time Change.wpd                   U.S. District Judge

| Rec'd: | EOD: |
|--------|------|
| By:    | #94  |